**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DELTA HEALTH GROUP, INC.,
A Delaware Corporation for Profit,

      Plaintiff,

v().                                       Case No. 3:05-CV-436/RV/EMT

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, and
MIKE LEAVITT, in his official capacity as
SECRETARY of the UNITED STATES
DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

      Defendants.
_____/

**ORDER**

The plaintiff filed its initial complaint in this case on November 17, 2005, after which the defendants moved to dismiss. While this motion was pending, I entered an initial scheduling order setting forth, *inter alia*, the discovery period and the parties' requirements under Rule 26 of the Federal Rules of Civil Procedure. The defendants moved to stay the scheduling order pending resolution of their motion to dismiss, and I granted the motion to stay.

Thereafter, on May 3, 2006, the plaintiff filed an amended complaint, after which the defendants again moved to dismiss. On October 17, 2006, I granted the motion in part, and denied it in part. The defendants then filed an answer to the amended complaint. The defendants also moved for reconsideration of their motion

to dismiss (and sought to have an additional cause of action dismissed), but the relief was denied on November 20, 2006.

It appears after reviewing the docket that there has been no record activity in this case since my order of November 20, 2006.  The parties have not filed their joint report, nor has a final scheduling order been entered.  The parties shall have fourteen (14) days from the date of this order in which to file their joint Rule 26 report, as described and set forth in the initial scheduling order, or else this cause will be dismissed.

DONE AND ORDERED this 23rd day of February, 2007.


/s/ *Roger Vinson*
**ROGER VINSON**
**Senior United States District Judge**

Case No.: 3:05-CV-436/RV/EMT