# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DELTA HEALTH GROUP, INC.,

    VS                                                       CASE NO.  3:05cv436/RV/EMT

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, ET AL

**REFERRAL AND ORDER**

Referred to Judge Vinson on  06/11/2007

Type of Motion/Pleading MOTION TO EXTEND THE STAY OF THIS ACTION UNTIL 7/10/2007

Filed by: PARTIES          on 6/8/07       Doc. No. 42

( X ) Stipulated/Consented/Joint Pleading

RESPONSES:

                                                     on _____ Doc. No. _____

                                                     on _____ Doc. No. _____

                                                   WILLIAM M. McCOOL, CLERK OF COURT

                                                 /s/ Teresa Cole
                                                 Deputy Clerk: Teresa Cole

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 11th day of June, 2007, that:

(a)    The requested relief is GRANTED.

(b)    _____

                                                 /s/ *Roger Vinson*
                                                 ROGER VINSON
                                                 SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____
_____

Document No.