IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DELTA HEALTH GROUP, INC.,**

        Plaintiff,

v.	CASE NO. 3:05cv436/RV/EMT

**UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, and
MIKE LEAVITT, etc.,**

        Defendants.
_____/

## ORDER OF DISMISSAL

UPON CONSIDERATION of the plaintiff's notice that the parties stipulate to voluntary dismissal filed pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, it is ORDERED:

This cause is hereby dismissed with prejudice, and without taxation of costs.

DONE AND ORDERED this 27th day of June, 2007.

        /s/ *Roger Vinson*
        **ROGER VINSON**
        **Senior United States District Judge**